**UNITED STATES of America, Plaintiff–Appellee**

v.

**Dionne WARD, Defendant–Appellant.**

No. 09–50810
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 7, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Wayne Frost, Midland, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Dionne Ward pleaded guilty to prescription fraud and was sentenced to 13 months of imprisonment and one year of supervised release.

Ward asserts in her attorney-prepared brief that her trial counsel was ineffective, that she should have received a lower sentence, and that her due process rights were violated. However, she does not provide any facts or arguments in support of these assertions. Because she has not briefed these issues, she has abandoned them. *See Hughes v. Johnson*, 191 F.3d

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

607, 612–13 (5th Cir.1999); *Beasley v. McCotter*, 798 F.2d 116, 118 (5th Cir.1986).

AFFIRMED.